UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHAEL N. KELSEY,                          :
                        Plaintiff,          :
                                            :
v.                                          :
                                            :
CHRISTOPHER SHERMAN, individually and       :
in his official capacity; KATHY HOCHUL,     :
individually and in her official capacity; and ST.   :
LAWRENCE COUNTY DISTRICT                     :
ATTORNEY,                                    :
                        Defendants.          :
-------------------------------------------------------------x

**ORDER**

22 CV 1934 (VB)

 

On January 22, 2024, defendants Christopher Sherman and Governor Kathy Hochul (together, the "State Defendants") moved to dismiss the amended complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  (Doc. #47).

Accordingly, it is hereby ORDERED that:

     1.    By **February 19, 2024**, plaintiff shall file his opposition to the State Defendants' motion to dismiss.

     2.    By **March 4, 2024**, the State Defendants shall file their reply, if any.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated:  January 25, 2024          SO ORDERED:
       White Plains, NY

_____
Vincent L. Briccetti
United States District Judge